** FILED ** Env: 10177463
McHenry County, Illinois
20LA000204
Date: 8/20/2020 3:33 PM
Katherine M. Keefe
Clerk of the Circuit Court

## STATE OF ILLINOIS
### IN THE CIRCUIT COURT OF THE 22ND JUDICIAL CIRCUIT
### COUNTY OF MCHENRY

| | |
|---|---|
| SUE M. BOWERS, | ) |
| Plaintiff, | ) Case No. 20LA000204 |
| vs. | ) |
| MDUDUZI MLOTSHWA and | ) **JURY DEMAND** |
| LYNN TRANSPORTATION INC., | ) |
| a Wisconsin Corporation, | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff, SUE M. BOWERS, by and through her attorney, RICHARD L. TURNER, JR., of TURNER & SACKETT LLC complaining of Defendants MDUDUZI MLOTSHWA and LYNN TRANSPORTATION INC., a Wisconsin Corporation, alleges as follows:

### GENERAL ALLEGATIONS

1. Defendant, LYNN TRANSPORTATION INC., a Wisconsin Corporation, (hereinafter referred to as "LYNN"), is a duly organized Wisconsin corporation, authorized to transact business in the State of Illinois.

2. On or about June 9, 2020, at approximately 3:00 P.M., SUE M. BOWERS, was operating a 2013 Toyota Hatchback on Route 14, proceeding in an easterly direction near the intersection of Deep Cut Road, in Hartland Township, County of McHenry, State of Illinois.

3. On that same date and time, Defendant, MDUDUZI MLOTSHWA, (hereinafter referred to as "MLOTSHWA"), as agent and employee of Defendant Corporation, LYNN, was

NOTICE
THIS CASE IS HEREBY SET FOR A SCHEDULING CONFERENCE IN COURTROOM
TBD ON 11-19-2020 AT TBD. FAILURE TO APPEAR MAY RESULT IN
THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.



EXHIBIT A

driving a 2020 Mack semi tractor-trailer eastbound on Route 14, near the intersection of Deep Cut Road, in Hartland Township, County of McHenry, State of Illinois.

4. At that same date and time, Route 14 was a paved public road in the Township of Hartland, County of McHenry and State of Illinois.

5. Defendant MLOTSHWA, individually and as agent and employee of Defendant Corporation, LYNN, while driving eastbound on Route 14, negligently failed to reduce his speed in time and collided with Plaintiff's vehicle, causing injuries to SUE M. BOWERS on June 9, 2020.

## COUNT I: NEGLIGENCE – MDUDUZI MLOTSHWA

SUE M. BOWERS by and through her attorney, RICHARD L. TURNER, JR., of TURNER & SACKETT LLC, for her cause of action against Defendant, MDUDUZI MLOTSHWA, alleges as follows:

6. Plaintiff, SUE M. BOWERS repeats and realleges paragraphs 1 through 5 of the General Allegations of this Complaint as paragraph 6 of this Count I with full force and effect as if pleaded here in full.

7. Defendant MLOTSHWA had a duty to operate the tractor-trailer so that the tractor-trailer would not damage the person or property of any person or persons rightfully on Route 14, including Plaintiff.

8. Defendant MLOTSHWA, individually and as agent and employee of Defendant LYNN, negligently failed to reduce the speed of the semi-tractor, and as a direct and proximate result thereof, struck the Plaintiff's vehicle.

9. Defendant MLOTSHWA, individually and as agent and employee of Defendant Corporation LYNN, was then and there guilty of one or more of the following negligent acts or omissions:

- a. failed to decrease the speed of his tractor-trailer as necessary to avoid colliding with any other vehicle on said road in violation of 625 ILCS 5/11-601(a);
- b. drove the tractor-trailer at a speed greater than was reasonable and proper, with regard to traffic conditions, weather conditions, and the use of the highway in violation of 625 ILCS 5/11-601(a);
- c. followed too closely behind Plaintiff in violation of 625 ILCS 5/11-710(a);
- d. failed to swerve to the right or left to avoid a collision with Plaintiff's vehicle;
- e. failed to yield to Plaintiff;
- f. failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed;
- g. otherwise negligently operated his tractor-trailer as to cause it to collide with Plaintiff's vehicle.

10. As a direct and proximate result of one or more of the aforementioned acts or omissions of Defendant MLOTSHWA, Plaintiff, SUE M. BOWERS, then and there sustained severe and permanent injuries. By reason of these injuries, she was and will be hindered from attending her usual duties and affairs; and she has lost and will in the future lose large sums of money which would otherwise have accrued to her; and was compelled to and will be compelled in the future to expend large sums of money for medical services, nursing care and attention in and about endeavoring to become healed and cured of her injuries.

WHEREFORE, Plaintiff, SUE M. BOWERS, prays for judgment against the Defendant, MDUDUZI MLOTSHWA, in an amount in excess of $50,000.00, and the costs of this action.

## COUNT II: NEGLIGENCE – LYNN TRANSPORTATION INC.

Plaintiff, SUE M. BOWERS, by and through her attorney, RICHARD L. TURNER, JR., of TURNER & SACKETT LLC, for her cause of action against Defendant, LYNN TRANSPORTATION INC., a Wisconsin Corporation, alleges as follows:

11. Plaintiff, SUE M. BOWERS, repeats and realleges paragraphs 1 through 5 of the General Allegations of this Complaint as paragraph 11 of this Count II with full force and effect as if pleaded here in full.

12. Defendant MLOTSHWA was then and there a duly authorized and employed agent and employee of Defendant Corporation LYNN TRANSPORATION INC., a Wisconsin Corporation, and as its agent and employee, acting within the scope of his agency and employment, as he was operating the tractor-trailer in eastbound direction on Route 14, near the intersection of Deep Cut Road, in the Township of Hartland, County of McHenry, State of Illinois, as stated in Paragraph 3.

13. Defendant LYNN, by its agent and employee, Defendant MLOTSHA, had the duty to operate the tractor-trailer so that the tractor-trailer would not damage the person or property of any person or persons rightfully on Route 14, including Plaintiff.

14. Defendant MLOTSHWA, individually and as agent and employee of Defendant LYNN, negligently failed to reduce his speed in time and collided with Plaintiff's vehicle.

15. Defendant LYNN, by its agent and employee, Defendant MLOTSHWA, was then and there guilty of one or more of the following negligent acts or omissions:

    a.    failed to decrease the speed of his tractor-trailer as necessary to avoid colliding with any other vehicle on said road in violation of 625 ILCS 5/11-601(a);

    b.    drove the tractor-trailer at a speed greater than was reasonable and proper, with regard to traffic conditions, weather conditions, and the use of the highway in violation of 625 ILCS 5/11-601(a);

    c.    followed too closely behind Plaintiff in violation of 625 ILCS 5/11-710(a);

    d.    failed to swerve to the right or left to avoid a collision with Plaintiff's vehicle;

    e.    failed to yield to Plaintiff;

    f.    failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed;

    g.    otherwise negligently operated his tractor-trailer as to cause it to collide with Plaintiff's vehicle.

16. As a direct and proximate result of one or more of the aforementioned acts or omissions of Defendant LYNN, by its agent and employee, Defendant MLOTSHWA, Plaintiff SUE M. BOWERS, then and there sustained severe and permanent injuries. By reason of these injuries, she was and will be hindered from attending to her usual duties and affairs; and she has lost and will in the future lose large sums of money which would otherwise have accrued to her; and was compelled to and will be compelled in the future to expend large sums of money for medical services, nursing care and attention in and about endeavoring to become healed and cured of her injuries.

**WHEREFORE**, Plaintiff, SUE M. BOWERS, prays for judgment against the Defendant, LYNN TRANSPORTATION INC., a Wisconsin Corporation, in an amount in excess of $50,000.00, and the costs of this action.

**PLAINTIFF DEMANDS A TRIAL BY JURY OF TWELVE (12)**

TURNER & SACKETT LLC

BY: _____
Attorney for Plaintiff

Richard L. Turner, Jr.
TURNER & SACKETT LLC
Attorney for Plaintiff
107 West Exchange St.
Sycamore, IL 60178
(815) 895-2131
ARDC: 06180425
rturner@turnersackett.com

## ATTORNEY CERTIFICATE

The undersigned, being the attorney for SUE M. BOWERS, the Plaintiff, in the above-entitled matter, hereby certifies that he has read the above and foregoing Complaint and that to the best of his knowledge, information and belief formed after reasonable inquiry, it is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

_____

RICHARD L. TURNER, JR.
107 West Exchange Street
Sycamore, IL 60178
(815) 895-2131

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF DEKALB     )

### SUPREME COURT RULE 222(b) AFFIDAVIT

RICHARD L. TURNER, JR., on oath states as follows:

1. That he is the attorney for SUE M. BOWERS, the Plaintiff, in the above-entitled matter;

2. That the total of money damages sought in the above and foregoing do exceed $50,000.00.

Affiant further sayeth naught.

_____
RICHARD L. TURNER, JR.

Subscribed and sworn to before me
this 18 day of AUGUST, 2020

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
LAUREN M. POWERS
Notary Public, State of Illinois
My Commission Expires 08/09/22