** FILED ** Env: 10223561
McHenry County, Illinois
20LA000204
Date: 8/25/2020 2:25 PM
Katherine M. Keefe
Clerk of the Circuit Court

# AFFIDAVIT OF SERVICE

| Case: 20LA000204 | Court: IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT, McHENRY COUNTY, ILLINOIS | County: McHENRY, IL | Job: 4804435 |
|---|---|---|---|
| Plaintiff / Petitioner: Sue M. Bowers | | Defendant / Respondent: Mduduzi Mlotshwa and Lynn Transportation, Inc., a Wisconsin Company | |
| Received by: Blue 22, LLC. | | For: Turner & Sackett Law Offices | |
| To be served upon: Mduduzi Mlotshwa c/o Illinois Secretary of State | | | |

William Vincent deposes and says that he/she is either a licensed and/or registered employee/agent of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure, Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause.

**Recipient Name / Address:** Karen Guzman, 160 N Lasalle St 5th Flr., Chicago, IL 60601
**Manner of Service:** Government Agency, Aug 25, 2020, 9:23 am CDT
**Documents:** Summons and Complaint; Jury Demand; Affidavit Regarding Damages Sought; Affidavit of Compliance

**Additional Comments:**
1) Successful Attempt: Aug 25, 2020, 9:23 am CDT at 160 N Lasalle St 5th Flr., Chicago, IL 60601 received by Karen Guzman. Age: 50's; Ethnicity: Hispanic; Gender: Female; Weight: Avg; Height: 5'4"; Hair: Black; Relationship: Administrator Authorized to Accept;

Under penalties of perjury as provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_Wm Vincent_     08/25/2020
William Vincent     Date
117-000192

Blue 22, LLC.
141 W. Jackson Blvd Ste. 300
Chicago, IL 60604
312-553-4464



EXHIBIT D



## Affidavit of Compliance for Service of Process on Non-resident

To effect service: please serve the Office of the Secretary of State with 2 copies of the summons, 1 copy of the complaint, and a fully executed Affidavit of Compliance. Fee: $5.

Pursuant to Section 10-301 of the Illinois Vehicle Code (Chapter 625, Section 5/10-301, Illinois Compiled Statutes, Service of Process on Non-resident), the undersigned states that:

1. I am (plaintiff/attorney for plaintiff) in the following named case:

   | SUE M. BOWERS | vs. | MDUDUZI MLOTSHWA | No. 20LA000204 |
   |---|---|---|---|
   | First Named Plaintiff | | Defendant to be Served | |

2. This cause of action arises from the use and operation, by the defendant to be served or his duly authorized agent or employee, of a vehicle over or upon the highways of the State of Illinois, which resulted in damage or loss to the person or property of (the undersigned/client of the undersigned). (Strike inapplicable term.)

3. The defendant to be served through the Secretary of State falls under one of the following: (check appropriate box)

   a) [X] At the time of the accident the defendant was and remains a non-resident of this state, or

   b) [ ] Was a resident of this state at the time the cause of action arose but has subsequently become a non-resident of this state, or

   c) [ ] At the time the cause of action arose, the vehicle was owned by a non-resident and was being operated over and upon the highways of this state with the owner's express or implied permission.

4. The undersigned makes this affidavit for the purpose of inducing the Secretary of State to accept service of process on behalf of the named defendant herein according to the provisions of Section 10-301 of the Illinois Vehicle Code. These provisions are applicable to the instant proceeding. The undersigned has complied with and will continue to comply with all of the requirements of said Section. Further, these provisions require notice of such service and a copy of the process to be sent by registered mail within 10 days by the plaintiff to the defendant at his/her last known address, with the plaintiff's Affidavit of Compliance appended to the summons.

5. The undersigned is aware that any person instituting any action, suit or proceeding who uses Section 10-301 of the Illinois Vehicle Code to effect service of process, shall be liable for attorney's fees and costs of the defendant if the court finds that the person instituting the action knew or should have known that this section is not applicable for effecting service in such action.

The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

_____  8/20/2020
Signature of Affiant                Date

Subscribed before me this 20 day of August, 2020.

*OFFICIAL SEAL*
LAUREN M. POWERS
Notary Public, State of Illinois
My Commission Expires 08/09/22

Printed by authority of the State of Illinois. December 2004 — 1 — EX-3

*SUMMONS – 30 DAY*
IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

(Name all parties)

**SUE M. BOWERS**

**Plaintiff(s)**

vs.

**MDUDUZI MLOTSHWA and**

**LYNN TRANSPORTATION INC, a Wisconsin Company**

**Defendant(s)**

Case Number: **20LA000204**

Amount Claimed $ **greater than $50,000.00**

# SUMMONS

To each Defendant: **MDUDUZI MLOTSHWA**

**1966 COLONY COURT, #8, BELOIT, WI 53511**

**YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this court, McHenry County Government Center, 2200 N. Seminary Avenue, Woodstock, Illinois, 60098, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

DATE 8/20/2020 3:33 PM  Electronically Issued

KATHERINE M KEEFE, Clerk of Court
DRL
Deputy Clerk

_____ 20 _____

Plaintiff's attorney or plaintiff if he is not represented by an attorney

Name **RICHARD L. TURNER, JR.**

Attorney for **PLAINTIFF, SUE M. BOWERS**

Address **107 W EXCHANGE STREET**

City, State Zip **SYCAMORE, IL 60178**

Telephone **815-895-2131**

Email **rturner@turnersackett.com**

Prepared by **RICHARD L. TURNER, JR**

Attorney Registration No. **06180425**

CV-SUM9: Revised 07-01-2018                Page 1 of 2

**SHERIFF'S FEES**    Service and return  $ _____

                                                 Miles _____    $ _____

                                                 Total Sheriff's Fees  $ _____

_____

Sheriff of _____ County

**I CERTIFY THAT I SERVED THIS SUMMONS ON DEFENDANTS AS FOLLOWS:**

**(a) INDIVIDUAL DEFENDANTS – PERSONAL:**
The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.

_____
_____
_____

**(b) INDIVIDUAL DEFENDANTS – ABODE:**
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years and upwards, informing that person of the contents of the summons. The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.

_____
_____
_____

and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully pre-paid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of Defendant | Mailing Address | Date of Mailing |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**(c) CORPORATION DEFENDANTS:**
By leaving a copy of the summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant Corporation | Registered Agent, Officer or Agent | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**(d) OTHER SERVICE**

_____
_____

_____, Sheriff of _____ County

By: _____, Deputy

CV-SUM9: Revised 07-01-2018                      Page 2 of 2