** FILED ** Env: 10223561
McHenry County, Illinois
20LA000204
Date: 8/25/2020 2:25 PM
Katherine M. Keefe
Clerk of the Circuit Court

**AFFIDAVIT OF SERVICE**

| Case: 20LA000204 | Court: IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT, McHENRY COUNTY, ILLINOIS | County: McHENRY, IL | Job: 4804332 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Sue M. Bowers | | **Defendant / Respondent:** Mduduzi Mlotshwa and Lynn Transportation, Inc., a Wisconsin Company | |
| **Received by:** Blue 22, LLC. | | **For:** Turner & Sackett Law Offices | |
| **To be served upon:** Lynn Transporation, Inc. c/o Illinois Secretary of State | | | |

William Vincent deposes and says that he/she is either a licensed and/or registered employee/agent of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure, Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause.

**Recipient Name / Address:** Matt Monahan, 69 W Washington St 12th Flr., Chicago, IL 60602

**Manner of Service:** Government Agency, Aug 25, 2020, 9:06 am CDT

**Documents:** Summons and Complaint; Jury Demand; Affidavit Regarding Damages Sought; Affidavit of Compliance

**Additional Comments:**
1) Successful Attempt: Aug 25, 2020, 9:06 am CDT at 69 W Washington St 12th Flr., Chicago, IL 60602 received by Matt Monahan. Age: 50's; Ethnicity: Caucasian; Gender: Male; Weight: Large; Height: 6'2"; Hair: Black; Relationship: Clerk - Authorized to Accept;

Under penalties of perjury as provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_William Vincent_    08/25/2020

William Vincent
117-000192

Blue 22, LLC.
141 W. Jackson Blvd Ste. 300
Chicago, IL 60604
312-553-4464

**EXHIBIT 6**

FORM **BCA-5.25** (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE**
**FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act



**COPY**

Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
www.cyberdriveillinois.com

AUG 2 5 2020

AM $5.00

Payment must be made by check or money
order payable to Secretary of State.

Filing Fee: $10        File #: _____        Approved: _____

——— Submit in duplicate ———  Type or Print clearly in black ink ———  Do not write above this line ———

1.  Title and Number of Case:

    SUE M. BOWERS                          first named plaintiff
                    v.                                                  Number: 20LA000204
    MDUDUZI MLOTSHWA, et al                first named defendant

2.  Name of corporation being served: LYNN TRANSPORTATION, INC.

3.  Title of court in which an action, suit or proceeding has been commenced: MCHENRY COUNTY, ILLINOIS

4.  Title of instrument being served: SUMMONS AND COMPLAINT

5.  Basis for service on the Secretary of State: (check and complete appropriate box)

    a. ❏  The corporation's registered agent cannot with reasonable diligence be found at the registered office of
           record in Illinois.

    b. ❏  The corporation has failed to appoint and maintain a registered agent in Illinois.

    c. ❏  The corporation was dissolved on _____, _____ ; the conditions
                                            Month Day          Year
           of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or
           has affected the corporation within five (5) years thereafter.

    d. ❏  The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on
           _____, _____ .
            Month Day          Year

    e. ☑  The corporation is a foreign corporation that has transacted business in Illinois without procuring authority,
           contrary to the provisions of the Business Corporation Act of 1983.

6.  Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified
    or registered mail: Registered Agent, Mark A. Neal, 2125 W B R Townline Road, Beloit, WI 53511

7.  The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

    _____              August 20            2020
    Signature of Affiant                     Month Day          Year
    (815  ) 895-2131
    Telephone Number

Return to (please type or print clearly):

    RICHARD L. TURNER, JR.
    _____
    Name
    107 W. EXCHANGE STREET
    _____
    Street
    SYCAMORE, IL 60176
    _____
    City/Town        State  Zip
    Printed by authority of the State of Illinois. January 2015 — 1 — C 213.11

**TENDERED CHICAGO**
**CORP. DEPARTMENT**

AUG 2 5 2020

ACCEPTANCE AND "FILED" DATE
ESTABLISHED ONLY AFTER
REVIEW

*SUMMONS – 30 DAY*
**IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT**
**McHENRY COUNTY, ILLINOIS**

(Name all parties)

## SUE M. BOWERS

Plaintiff(s)

vs.

## MDUDUZI MLOTSHWA and

LYNN TRANSPORTATION INC, a Wisconsin Company

Defendant(s)

Case Number ___20LA000204___

Amount Claimed $ greater than $50,000.00

# SUMMONS

To each Defendant: LYNN TRANSPORTATION, INC.; R/A MARK A. NEAL

2125 W B R TOWNLINE ROAD, BELOIT, WI 53511

**YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this court, McHenry County Government Center, 2200 N. Seminary Avenue, Woodstock, Illinois, 60098, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

DATE 8/20/2020 3:33 PM    Electronically Issued

_Katherine M. Keefe_
KATHERINE M. KEEFE, Clerk of Court

DRL

By _____ Deputy Clerk

20_____

Plaintiff's attorney or plaintiff if he is not represented by an attorney

Name RICHARD L. TURNER, JR.

Attorney for PLAINTIFF, SUE M. BOWERS

Address 107 W EXCHANGE STREET

City, State Zip SYCAMORE, IL 60178

Telephone 815-895-2131

Email rturner@turnersackett.com

Prepared by RICHARD L. TURNER, JR.

Attorney Registration No. 06180425

CV-SUM9: Revised 07-01-2018

Page 1 of 2

**SHERIFF'S FEES**

Service and return   $ _____

Miles _____   $ _____

Total Sheriff's Fees   $ _____

_____

Sheriff of _____ County

## I CERTIFY THAT I SERVED THIS SUMMONS ON DEFENDANTS AS FOLLOWS:

**(a) INDIVIDUAL DEFENDANTS – PERSONAL:**
The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.

_____

_____

_____

**(b) INDIVIDUAL DEFENDANTS – ABODE:**
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years and upwards, informing that person of the contents of the summons. The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.

_____

_____

_____

and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully pre-paid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of Defendant | Mailing Address | Date of Mailing |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**(c) CORPORATION DEFENDANTS:**
By leaving a copy of the summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant Corporation | Registered Agent, Officer or Agent | Date of Service |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**(d) OTHER SERVICE**

_____

_____

_____, Sheriff of _____ County

By: _____, Deputy